# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:05CR163** |
| | ) | |
| **ADAM SALINAS TREVINO,** | ) | **ORDER** |
| **DANIEL LEE WALKER, and** | ) | |
| **CLEO JO WALKER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**IT IS ORDERED** that the Motion to Continue Trial (#121) filed by Cleo Jo Walker is set for a telephonic hearing before the undersigned magistrate judge on Thursday, October 27, 2005 at 3:45 p.m. Moving counsel, Bill Switzer, shall initiate the call to the court at 402-661-7340.

**DATED October 27, 2005.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**